AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Matthew Roth | Telephone: | (313) 226-9186 |
| Special Agent: | Brett J. Brandon (ATF) | Telephone: | (313) 573-0621 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Dashawn Deangelo Owens

Case No. Case: 2:22−mj−30103
Assigned To : Unassigned
Assign. Date : 2/28/2022
USA V. OWENS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 1, 2021 and February 24, 2022 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(n) | Possession of a firearm by a person under felony indictment |
| 18 U.S.C. § 922(a)(6) | False statement during the purchase of a firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Brett J. Brandon, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: Feburary 28, 2022

*Judge's signature*

City and state: Detroit, Michigan        Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN CRIMINAL COMPLAINT

I, Brett J. Brandon, being first duly sworn, hereby state:

**I.   INTRODUCTION**

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, assigned to the Detroit Field Division since July 2013. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs.

2. This affidavit is based on my participation in this investigation, interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning DASHAWN DEANGELO OWENS (DOB: xx/xx/2003). Probable cause exists that OWENS received a firearm while under indictment and made a false statement during the acquisition of a firearm in violation of 18 U.S.C. §§ 922(n) and (a)(6).

## II.     SUMMARY OF THE INVESTIGATION

4.     On January 21, 2022, the Oakland County Sheriff's Office (OCSO) arrested Dashawn OWENS for carrying a concealed weapon, a crime punishable by imprisonment for more than one year. On February 2, 2022, the case was bound over from the 52-3 Rochester District Court to the Sixth Judicial Circuit Court, Oakland County. On February 9, 2022, a general information was filed and on February 9, 2022, an arraignment was sent via United States mail.

5.     On February 26, 2022, the Oakland County Sheriff's Office again arrested OWENS for carrying a concealed weapon. The following is a summary of the arrest:  On February 25, 2022, detectives began monitoring a social media account. The account posted an image that depicted OWENS in possession of a handgun and an AR style rifle. It appeared that the picture was taken inside of the bathroom of the Holiday Inn Express located in Auburn Hills, Michigan. The detectives recognized OWENS from prior police contacts which included the January 21, 2022, arrest. The social media account contained images of other individuals possessing firearms.

6.     OCSO conducted surveillance at the Holiday Inn Express and observed OWENS exit the building and enter the rear passenger seat of a vehicle. The vehicle did not have valid insurance. OCSO conducted a traffic stop as the vehicle attempted to exit the parking lot.

7. A detective opened the rear passenger door and asked OWENS if he had anything on him. OWENS replied, "a gun." OWENS directed the detective to his left jacket pocket. The detective recovered one Glock 26 9mm pistol loaded with both a round in the chamber and a fully-loaded seventeen round magazine.

8. On February 26, 2022, I conducted a video and audio recorded post-*Miranda* interview of OWENS with an OCSO detective and another ATF Special Agent. OWENS made the following statements:

    a. He is currently charged with carrying a concealed weapon and waived his preliminary exam. OWENS denied receiving anything in the mail from the court, but received word of his next court date through a phone call received by his mother;

    b. He obtained the Glock 26 9mm pistol on February 24, 2022, in Auburn Hills, Michigan, from a family member;

    c. He took photographs with the firearm on February 24 and February 25, 2022; and

    d. He purchased an MP15 rifle for an individual, other than himself, from Dunham's Sports in Waterford, Michigan. He was given $200.00 for purchasing the weapon. After leaving the store, the true owner/recipient took possession of the firearm.

-3-

9.     On February 27, 2022, Special Agent Weston obtained an ATF Form 4473 documenting OWENS' purchase of a Smith and Wesson M&P 15 .223/5.56 caliber rifle from the Dunham's Sports, a federal firearms licensee, on November 1, 2021, located in Waterford, Michigan,.

10.    The Form 4473 was signed by OWENS and contained the following question: Question 21.a, "Are you the actual transferee/buyer of the firearm(s) listed . . . on this form . . . ? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm to you . . . ." OWENS falsely answered "yes," that he was the actual buyer.

11.    On February 27, 2022, I contacted ATF Interstate Nexus Expert, Special Agent Michael Jacobs, and provided a verbal description of the Glock 26 9mm pistol and the Smith and Wesson M&P 15 .223/5.56 caliber rifle. Based upon the verbal descriptions, Special Agent Jacobs advised that the firearms meet the definition of a firearm under 18 U.S.C. § 921, were manufactured outside of the state of Michigan after 1898, and had traveled in and affected interstate commerce.

### III. CONCLUSION

12.    Probable cause exists that, on or about February 24, 2022, Dashawn Deangelo OWENS, a person under indictment for a crime punishable by

imprisonment for a term exceeding one year, did receive one Glock 26 9mm pistol, a firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(n).

13. Probable cause exists that, on or about November 1, 2021, OWENS, did knowingly and intentionally make a false written statement during the purchase of the Smith and Wesson M&P 15 .223/5.56 caliber rifle, in violation of 18 U.S.C. § 922(a)(6).

Respectfully submitted,

Brett J. Brandon
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:   February 28, 2022