UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN OWENS,<br><br>Defendant.<br>_____/ | Case: 2:22-cr-20134<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 3/9/2022<br>Description: INDI USA V. OWENS (NA)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(n)<br>18 U.S.C. § 922(a)(6) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
*(18 U.S.C. § 922(n) - Receipt of a Firearm While Under Indictment, 18 U.S.C. § 922(n) and 924(a)(1)(D))*

DESHAWN OWENS

1.  On or about February 24, 2022, in the Eastern District of Michigan, defendant, DESHAWN OWENS, willfully received a firearm while under indictment for a crime punishable by imprisonment for a term exceeding one year, said firearm being a Glock 26 9mm pistol that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT TWO
*(18 U.S.C. § 922(a)(6) - False Statement During the Purchase of a Firearm)*

DESHAWN OWENS

2.  On or about November 1, 2021, in the Eastern District of Michigan, defendant, DESHAWN OWENS, in connection with the acquisition of a firearm, one Smith and Wesson M&P 15 .223/5.56 caliber rifle, from Dunham's Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dunham's Sports, which statement was intended and likely to deceive Dunham's Sports, as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 and represented that he was the actual buyer of the firearm when, in fact, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

3.  Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

4. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                THIS IS A TRUE BILL
                *s/Grand Jury Foreperson*
                GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/Matthew Roth*
MATTHEW ROTH
Assistant United States Attorney

Dated: March 9, 2022

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20134<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 3/9/2022<br>Description: INDI USA V. OWENS (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurate

| Companion Case Information | Companion Case Number: 21-20668 |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | Judge Assigned: Nancy G. Edmunds |
| ☑Yes ☐No | AUSA's Initials: _____ |

**Case Title:** USA v. Deshawn Owens

**County where offense occurred:** Oakland

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 22-mj-30103]

### Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

March 9, 2022
Date

Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth2@usdoj.gov
(313) 226-9186
Bar #: P58549

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.